IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM E. BOWHALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.  2:10-CV-604-WKW [WO] |
| | ) |
| OFFICE OF JAMES M. DEIMEN, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On October 18, 2010, the Magistrate Judge filed a Report and Recommendation ("Recommendation").[1]  (Doc. # 8.)  Plaintiff William E. Bowhall responded by filing a Motion to Continue (Doc. # 9) and supplemental material (Doc. # 10).  These filings are construed liberally as objections.  The court has conducted a *de novo* review of all pleadings and documents in this action, including the Magistrate Judge's Recommendation and Mr. Bowhall's objections.  *See* 28 U.S.C. § 636(b)(1).  Based upon that review, the court finds that the objections lack merit and that the Magistrate Judge's Recommendation is correct.  Accordingly, it is ORDERED as follows:

---

[1] Mr. Bowhall has filed eight other civil actions in this court.  *See Bowhall v. Johnson & Johnson*, No. 2:10cv601-WKW (July 14, 2010); *Bowhall v. Capitol-EMI Records, Inc.*, 2:10cv603-WKW (July 14, 2010); *Bowhall v. Howell High Sch. Bd. of Educ.*, No. 2:10cv605-WKW (July 14, 2010); *Bowhall v. Viacom, Inc.*, 2:10cv606-WKW (July 14, 2010); *Bowhall v. Dep't of Defense*, No. 2:10cv607-WKW (July 14, 2010); *Bowhall v. NBC, Inc.*, 2:10cv608-WKW (July 14, 2010); *Bowhall v. Obama*, No. 2:10cv609-WKW (July 14, 2010); *Bowhall v. NAACP Beverly Hills*, No. 2:10cv679-WKW (Aug. 10, 2010).

1. Mr. Bowhall's objections (Docs. # 9-10) are OVERRULED.

2. The Magistrate Judge's Recommendation (Doc. # 8) is ADOPTED.

3. Mr. Bowhall's claims against Defendants are DISMISSED without prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii) and for failure to obey court orders.

4. Mr. Bowhall's filing titled "Continuation Motion with Supplemental," to the extent it contains further objections to the Recommendation, is DENIED as untimely and on the merits.

5. Any outstanding motions are DENIED as moot.

An appropriate final judgment will be entered.

DONE this 15th day of November, 2010.

                                              /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE